UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>LINDEN MOTOR FREIGHT CO., INC.<br><br>Defendant. | C.A. No. 03-cv-11734 RGS |

## ACCEPTANCE OF SERVICE

I am hereby authorized to accept service on behalf of Linden Motor Freight Co., Inc. in the case *of Charles Langone, Fund Manager of New England Teamsters and Trucking Industry Pension Fund vs. Linden Motor Freight Co.*, filed in the United States District Court, District of Massachusetts, on August 5, 2004. The Plaintiff waives service of a summons in such action. The date of service is indicated below.

Date: 9/7/04

Linden Motor Freight Co.
By its attorney,

David New, Esq.
Herbert New & David W. New, PC
300 Broadacres Drive, Third Floor
Bloomfield, NJ 07003