UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES LANGONE, as FUND MANAGER of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>LINDEN MOTOR FREIGHT CO., INC.<br><br>Defendant, | )<br>)<br>)<br>)<br>)<br>)  C.A. No.04cv11734 RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### REQUEST FOR NOTICE OF DEFAULT

Plaintiff respectfully requests that the Court send Notice of Default to the Defendant Linen Motor Freight Co., Inc., in the above-captioned action. Defendants were served with the complaint and summons on September 7, 2004. A copy of the proof of service is attached.

As of this date, Defendant has not filed an answer or other responsive pleading to the Complaint.

Dated: October 5, 2004

Respectfully submitted,

Catherine M. Campbell
BBO #549397
Fienberg, Campbell & Zack, P.C.
177 Milk Street
Boston, MA 02109
(617) 338-1976


/s/ Catherine M. Campbell_____
Attorney for Plaintiff
Charles Langone, Fund Manager

Certificate of Service

      I, Catherine M. Campbell, attorney for the plaintiff, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to David New, Esq., Herbert New & David W. New, PC, 300 Broadacres Drive, Third Floor, Bloomfield, NJ 07003.

/s/ Catherine M. Campbell
Catherine M. Campbell