UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
                                )
        Plaintiff,               )
                                )   C.A. No.04cv11734 RGS
v.                               )
                                )
                                )
LINDEN MOTOR FREIGHT CO., INC.   )
                                )
        Defendant,               )
                                )

## JUDGMENT

A default has been entered against Defendant Linden Motor Freight Co., Inc. on November 8, 2004, for failing to answer or otherwise defend.

Now, upon application and Declaration of Charles Langone demonstrating that Defendant owes Plaintiff the principal sum of $435,911.00, interest in the sum of $5,948.12, liquidated damages in the sum of $87,182.20 and attorneys' fees and costs in the sum of $1,473.75, and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby:

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant Linden Motor Freight Co., Inc. the sum of $530,515.07.

Dated: 1/13/05

_Elaine Flaherty_
Deputy Clerk