## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

CHARLES LANGONE, as FUND MANAGER )
of the NEW ENGLAND TEAMSTERS AND )
TRUCKING INDUSTRY PENSION FUND )
  )
      Plaintiff, )
  )   **C.A. No.04-11734 RGS**
v. )
  )
  )
LINDEN MOTOR FREIGHT CO., INC. )
  )
      Defendant. )

### SATISFACTION OF JUDGMENT

As the defendant has paid all sums owed under a settlement agreement on August 30, 2007, this document serves a notice that the Judgment has been satisfied.

Dated:  September 4, 2007                    Respectfully submitted,

                                       Catherine M. Campbell
                                       BBO #549397
                                       Feinberg, Campbell & Zack, PC
                                       177 Milk Street, Suite 300
                                       Boston, MA 02109
                                       (617) 338-1976

                                       /s/ Catherine M. Campbell
                                       Attorney for Plaintiff

### Certificate of Service

I, Catherine M. Campbell, hereby certify that on this day I mailed a copy of the within document by first class mail, postage prepaid, to David New, Esq., Herbert New & David W. New, PC, 300 Broadacres Drive, Third Floor, Bloomfield, NJ 07003.

Dated:  September 4, 2007                    /s/ Catherine M. Campbell
                                       Catherine M. Campbell